IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CAROLYN JONES                                                                                    PLAINTIFF

VS.                                             CASE NO. 07-CV-1089

CONAGRA POULTRY COMPANY and
PILGRIM'S PRIDE, INCORPORATED                                                    DEFENDANTS

## JUDGMENT

Before the Court is Defendants' refiled Motion for Summary Judgment.  (Doc. No. 16). The Plaintiff has filed a response.  (Doc. No. 21).  The Defendants have filed a reply to Plaintiff's response.  (Doc. No. 24).  Upon consideration, for the reasons discussed in the Memorandum Opinion of even date, the Court finds that the motion should be and hereby is **granted**.  The lawsuit is hereby **dismissed** with prejudice.

IT IS SO ORDERED, this 30th day of September, 2008.

/s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge